IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00501-REB-MJW

DANIEL HAMILTON,

Plaintiff(s),

v.

MOOG, INC.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Joint [Motion] Submission of Protective Order (docket no. 17) is DENIED WITHOUT PREJUDICE because paragraph 6 in the written Stipulated Qualified Protective Order (docket no. 17-1) is not consistent with D.C.COLO.LCivR 7.2.

Date:  May 9, 2012