IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00501-REB-MJW

DANIEL HAMILTON,

Plaintiff(s),

v.

MOOG, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that [Motion] Submission of Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Stipulated Qualified Protective Order (docket no. 20-1) is APPROVED as amended in paragraph 6 (a) through (d), inclusive and made an Order of Court.

Date:  May 14, 2012