# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 12-cv-00501-REB-MJW

DANIEL HAMILTON,

    Plaintiff,

v.

MOOG INC.,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#51][1] filed August 30, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay their own costs and attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#51] filed August 30, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set October 4, 2013, are **VACATED**;

3. That the jury trial set to commence October 21, 2013, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 3, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge